# United States Court of Appeals
## For the First Circuit

---

No. 13-1591

UNITED STATES,

Appellee,

v.

LAWRENCE P. NOVAK,

Defendant, Appellant.

---

No. 13-1592

MAURICE SEDWELL LTD,

Plaintiff, Appellee,

v.

LAWRENCE P. NOVAK,

Defendant, Appellant.

---

No. 13-1667

IN RE: LAWRENCE P. NOVAK,

Petitioner.

---

Before

Lynch, Chief Judge,
Torruella and Thompson, Circuit Judges.

---

## JUDGMENT

Entered:  June 12, 2013

With the petition for writ of mandamus docketed as 13-1667, Petitioner Lawrence Novak asks this court to direct Judge Stearns to recuse himself from certain criminal and civil actions involving Novak and to vacate all orders and judgments previously entered in those cases. Having considered carefully Novak's petition and relevant portions of the record, we conclude that Novak has not demonstrated "clear entitlement" to the mandamus relief he seeks.  See In re Cargill, 66 F.3d 1256, 1260 (1st Cir. 1995) (setting out mandamus standard).  The petition for writ of mandamus is **DENIED**.

Appeals 13-1591 and 13-1592 implicate essentially the same issues.  We conclude that Novak has failed to raise a "substantial question" with the appeals as to whether the district court abused its discretion in denying Novak's motions for recusal.  See United States v. Pulido, 566 F.3d 52, 62 (1st Cir. 2009) (standard of review).  Accordingly, pursuant to Local Rule 27.0(c), we summarily **AFFIRM** in those appeals.

By the Court:

/s/ Margaret Carter, Clerk.

cc:
Dina Michael Chaitowitz
Brian T. Kelly
George W. Vien
Lawrence P. Noval
Michael J. Rossi
Dina Michael Chaitowitz
George W. Vien